IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-4233-CV-C-SOW |
| | ) | |
| FULTON DIAGNOSTIC CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On October 7, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 7, 2008, is adopted. [5] It is further

ORDERED that plaintiff's motion for leave to proceed in forma pauperis is denied and his claims are dismissed as frivolous, pursuant to 28 U.S.C. § 1915. [2]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: November 24, 2008